### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

JOSEPH BLEA,

     Petitioner,

vs.                                                                          No. CIV 20-0600 JB\KRS

RICK MARTINEZ and the ATTORNEY
GENERAL OF THE STATE OF
NEW MEXICO

     Respondents.

### MEMORANDUM OPINION AND ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court on the Petitioner's Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed June 23, 2020 (Doc. 2)("IFP Motion"). Petitioner Joseph Blea seeks to prosecute his 28 U.S.C. § 2254 habeas action without prepaying the $5.00 filing fee. See IFP Motion at 1. The Court may grant such relief only where an inmate's "affidavit [and] . . . statement of . . . assets [demonstrates] that the [inmate] is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Blea's financial statement reflects that he has $140.93 in his inmate spending account. See Statement of Account at 8, filed June 23, 2020 (Doc. 2). The Court therefore will deny the IFP Motion. Blea shall pay the $5.00 filing fee within thirty days of this Order's entry. Failure to timely comply may result in the dismissal of this action.

**IT IS ORDERED** that: (i) the Petitioner's Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed June 23, 2020 (Doc. 2), is denied; and (ii) the Petitioner must submit the $5.00 filing fee within thirty days of this Order's entry.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Joseph Blea
Chaparral, New Mexico

*Plaintiff pro se*